949 A.2d 206

IN THE MATTER OF MARCIA S. KASDAN, AN ATTORNEY AT LAW (ATTORNEY NO. 021241978).

June 11, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–336, concluding that **MARCIA S. KASDAN** of **HACKENSACK,** who was admitted to the bar of this State in 1978, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation of client funds) and *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations);

And the Court having determined from its review of the matter that a censure is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **MARCIA S. KASDAN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.